*Messrs. McHatton & Cotter,* for Respondents.

---

No. 1,686.—STATE ex rel. BROGAN, RELATRIX, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT, and E. W. HARNEY, JUDGE THEREOF, RESPONDENTS.

Original—*Mandamus.*

Decided July 3, 1903.

PER CURIAM.—This cause is dismissed in accordance with the stipulation on file.

*Mr. L. P. Forrestell,* for Relatrix.

*Messrs. McHatton & Cotter,* for Respondents.